

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TAW
F. #2018R01279

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 11, 2019

By ECF
The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Ron Pruitt
                  Criminal Docket No. 18-547 (CBA)

Dear Judge Amon:

      The government respectfully submits this letter in advance of the defendant Ron Pruitt's sentencing, which is scheduled for July 18, 2019. For the reasons set forth below, the government respectfully requests that the Court impose a sentence within the applicable United States Sentencing Guidelines ("Guidelines") range of 6 to 12 months' imprisonment.

**I.     Facts**

      The facts of the case are set forth in detail in the Presentence Report dated May 21, 2019. In sum, between June 2012 and March 2018, the defendant, together with a co-conspirator, Orlando Jemmott, engaged in a fraudulent scheme in which Jemmott, an employee of Kings County Hospital, stole the protected health information of patients and provided this information to the defendant. The defendant then sold this information to others.

      On February 26, 2019, the defendant pleaded guilty before the Court to Count One of the above-referenced indictment, charging him with conspiracy to commit fraud and related activity in connection with means of identification, the United States, in violation of Title 18, United States Code, Sections 1028(f), 1028(b)(1)(D), 1028(c)(3)(A).

## II. Guidelines Calculation

The Guidelines calculation is as follows:

| | |
|---|---:|
| Base Offense Level (§ 2B1.1)) | 6 |
| Plus: Loss amount over $15,000 (§ 2B1.1(b)(1)(C)) | +4 |
| Plus: Involved 10 or more victims (§ 2B1.1(b)(2)(A)) | +2 |
| Less: Acceptance of Responsibility (§ 3E1.1(a)) | -2 |
| Total: | <u>10</u> |

Accordingly, based upon a total offense level of 10 and Criminal History Category I, the applicable Guidelines range for the defendant is 6 to 12 months' imprisonment.

## III. The Appropriate Sentence

The government respectfully requests that the Court impose a sentence that is sufficient, but not greater than necessary to achieve the goals of sentencing. See 18 U.S.C. § 3553(a). In this case, that is a sentence within the applicable Guidelines range of 6 to 12 months' imprisonment. Notably, the defendant's acceptance of responsibility is already accounted for in the Guidelines calculation. While the defendant contends that he was "completely open and truthful as to his role in this offense," the government disagrees. For example, the defendant initially misled the government regarding the nature of his relationship with one of the individuals to whom he provided stolen information.

A Guidelines sentence would reflect the seriousness of the defendant's conduct – paying someone to steal the protected health information of thousands of hospital patients – and provide adequate deterrence to others contemplating similar acts. See 18 U.S.C. § 3553(a)(1), (a)(2)(A) and (a)(2)(B).

**IV.     Conclusion**

        For the foregoing reasons, the government respectfully requests that the Court impose a sentence within the Guidelines range of 6 to 12 months' imprisonment.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Temidayo Aganga-Williams
       Temidayo Aganga-Williams
       Assistant U.S. Attorney
       (718) 254-6183

cc:    Kenneth A. Paul, Esq. (counsel to defendant) (by ECF)
       U.S. Probation (by E-mail)
       Clerk of Court (CBA) (by ECF)